Same case below, 599 F.3d 215.

**No. 10-476. Varsha Mahender Sabhnani, Petitioner v. United States.**

562 U.S. 1194, 131 S. Ct. 1000, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 699.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 599 F.3d 215.

**No. 10-487. Mohammed Al-Adahi, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

562 U.S. 1194, 131 S. Ct. 1001, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 646.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 392 U.S. App. D.C. 135, 613 F.3d 1102.

**No. 10-661. John Davis, Petitioner v. Department of Justice.**

562 U.S. 1194, 131 S. Ct. 1013, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 687.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Cir-

cuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 391 U.S. App. D.C. 365, 610 F.3d 750.